# EXHIBIT

# KK

RECEIVED
JAN 01 2025
Clerk, U.S. District Court
Juneau, AK

# SETTLEMENT AGREEMENT AND CONSENT ORDER

# NATIONSTAR MORTGAGE LLC

**WHEREAS**, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") is a Delaware limited liability company with headquarters located in Coppell, Texas and an assigned NMLS identifier number of 2119.

**WHEREAS**, the States of Alabama, Alaska, Arizona, Arkansas, California, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming, the Commonwealths of Kentucky, Massachusetts, Pennsylvania, Puerto Rico, and Virginia, the Territory of the United States Virgin Islands, and the District of Columbia (individually, a "Participating State," and collectively, the "Participating States") have each agreed, through its respective state mortgage regulatory agency, to negotiate and enter into this Settlement Agreement and Consent Order (hereinafter referred to as the "Agreement" or "Order").

**WHEREAS**, the state mortgage regulators of the Participating States (hereinafter referred to individually as a "State Mortgage Regulator," and collectively as the "State Mortgage Regulators") are respective members of the Conference of State Bank Supervisors ("CSBS") and the American Association of Residential Mortgage Regulators ("AARMR") and have agreed to address enforcement concerns with Nationstar in a collective and coordinated manner, working through the Multi-State Mortgage Committee ("MMC"). The State Mortgage Regulators and Nationstar are collectively referred to herein as the ("Parties.")

**WHEREAS**, Nationstar is licensed as a mortgage broker, lender, and/or servicer under the respective laws of each Participating State.

**WHEREAS**, on or about March 31, 2014, the State Mortgage Regulators, as coordinated by the MMC, commenced a multi-state mortgage loan servicing examination (the "Multi-State Servicing Examination") of Nationstar covering the period of January

1, 2011 to March 31, 2014, in order to determine Nationstar's compliance with applicable State and Federal laws and regulations, financial condition, and the adequacy of policies and procedures and the control and supervision of the licensed mortgage loan servicing operations. The Multi-State Servicing Examination was conducted by the State Mortgage Regulators from the states of Arizona, California, Connecticut, Florida, Georgia, Kansas, Missouri, Montana, Nebraska, Nevada, New Hampshire, New York, North Carolina, South Dakota, Utah and Washington. The Multi-State Servicing Examination of Nationstar was conducted pursuant to their respective statutory authorities, and in accordance with the protocols established by the CSBS/AARMR Nationwide Cooperative Protocol for Mortgage Supervision as well as the Nationwide Cooperative Agreement for Mortgage Supervision (collectively the "CSBS/AARMR Protocol and Agreement"). The Report of Examination was issued by the MMC to Nationstar on May 6, 2015, and identified compliance violations of State and Federal law, concerns about the financial condition of the company, inadequate policies and procedures, and insufficient internal controls over the mortgage loan servicing operations of the company (the "MMC Servicing Report of Examination").[1]

**WHEREAS**, the MMC Servicing Report of Examination cited federal and state-specific compliance violations (cited herein for summary purposes only) including, but were not limited to:

    a. Violations related to failing to properly administer escrow accounts, including, but not limited to, failing to make timely tax payment disbursements and failing to timely refund escrow surpluses;

    b. Violations related to the administration of loss mitigation activity, including, but not limited to, failing to communicate effectively with certain

---

[1] On or about March 31, 2014, the Maryland Office of the Commissioner of Financial Regulation ("Maryland State Regulator") commenced a mortgage loan servicing examination of Nationstar covering the period of March 1, 2012 to March 31, 2014, in order to determine Nationstar's compliance with applicable State and Federal laws and regulations, financial condition, and the adequacy of policies and procedures and the control and supervision of the licensed mortgage loan origination operations. The Maryland State Regulator wishes to resolve its examination findings in accordance with this Agreement and will close its examination and will rely on the MMC Servicing Report of Examination herein.

2

borrowers regarding loss mitigation and failing to properly rescind/cancel a notice of default or a pending trustee's sale upon execution of a permanent foreclosure prevention alternative;

c. Failure to follow foreclosure and pre-foreclosure requirements;

d. Failure to timely respond to consumer complaints with adequate responses;

e. Failure to timely provide a notice of transfer of loan servicing (Hello Letter) to borrowers;

f. Failure to provide borrowers private mortgage insurance disclosures on an annual basis;

g. Failures related to obtaining regulatory approval to work at certain locations; and

h. General other operational failures related to the administration of servicing files, including, but not limited to, failure to provide sufficient information in payoff notices.

**WHEREAS**, on or about March 31, 2014, the State Mortgage Regulators, as coordinated by the MMC, commenced a multi-state mortgage loan origination examination (the "Multi-State Origination Examination") of Nationstar covering the period of March 1, 2012 to March 31, 2014, in order to determine Nationstar's compliance with applicable State and Federal laws and regulations, financial condition, and the adequacy of policies and procedures and the control and supervision of the licensed mortgage loan origination operations. The Multi-State Origination Examination was conducted by the State Mortgage Regulators from the states of Alabama, Alaska, Arizona, California, Connecticut, Florida, Georgia, Kansas, Maine, Massachusetts, Missouri, Montana, Nebraska, Nevada, New Hampshire, New York, Oregon, South Dakota, Texas, Washington, and Wyoming. The Multi-State Origination Examination of Nationstar was conducted pursuant to their respective statutory authorities, and in accordance with the protocols established by the CSBS/AARMR Protocol and Agreement. The Report of Examination was issued by the MMC to Nationstar on July 15, 2015, and identified compliance violations of both State and Federal law, deficiencies in the overall financial

condition of the company, inadequate policies and procedures, and insufficient internal controls over the mortgage loan origination operations of the company (the "MMC Origination Report of Examination").

**WHEREAS**, the MMC Origination Report of Examination federal and state-specific compliance violations (cited herein for summary purposes only) included, but were not limited to:

a. Violations related to per diem interest, including the failure to properly calculate per diem interest, overcharging of per diem interest, and the making loans in excess of the usury rate;
b. Failure to determine borrowers' ability to repay;
c. Failure to properly maintain records and failure to provide timely and accurate information to Participating States;
d. Violations related to the failure to timely fund mortgages;
e. Failure to provide and failure to timely provide certain disclosures and documents required by state or federal law in connection with loan origination activity;
f. Violations regarding the failure to ensure compliant advertisements;
g. Violations related to unlicensed loan officer activity;
h. Failures related to obtaining regulatory approval to work at certain locations; and
i. General other operational failures related to the origination process.

**WHEREAS**, based on the findings in the MMC Origination Report of Examination and MMC Servicing Report of Examination (collectively referred to as "Reports of Examination"), the MMC engaged in direct discussions with Nationstar's Board of Directors (the "Board") and senior management to identify steps the company should take to improve compliance, manage risk, and otherwise to ensure safe and sound operations as part of the Multi-State Servicing Examination and Multi-State Origination Examination (collectively referred to as "Multi-State Examinations") resolution process. Nationstar chose to work cooperatively with the MMC without conceding the findings were correct

4

12. *Notices.* That any notice to Nationstar and/or the State Mortgage Regulators required or contemplated by this Agreement shall be delivered, if not otherwise described herein, by electronic copy to Nationstar through the "Primary Company Contact" for Nationstar listed in the Nationwide Multistate Licensing System (NMLS), or similar contact system, and to the State Mortgage Regulators by direct written notification.

13. *Counterparts.* That this Agreement may be executed in separate counterparts, by facsimile or by PDF. A copy of the signed Agreement will be given the same effect as the originally signed Agreement.

14. That nothing in this Agreement shall relieve Nationstar of its obligation to comply with applicable State and Federal law.

    It is so **ORDERED.**

    **IN WITNESS WHEREOF**, in consideration of the foregoing, including the recital paragraphs, and with the Parties intending to be legally bound, do hereby execute this Agreement this __7th__ of December, 2020.

**NATIONSTAR MORTGAGE, LLC**

By: /Digitally signed/Jay Bray 11/30/2020
    Jay Bray
    President and Chief Executive Officer

26

Case 1:24-cv-00017-SLG   Document 36-1   Filed 01/02/25   Page 6 of 10

TS# 114343-AK

# AFFIDAVIT OF MAILING
## ALASKA STATUTE SECTION 34.20.120(b)(5)

State of California  
)ss.  
County of San Diego

COMES NOW _____Hamsa Uchi_____, being first duly sworn, deposes and says:

1. On August 4, 2023 I caused to be deposited in the United States Mail at San Diego, California, envelopes, with certified mail, postage prepaid, containing a copy of the substitution of trustee and an acknowledgment form to be signed by the trustee named in the trust deed upon its receipt of the same.

2. The substitution and acknowledgment form were mailed to:
   JOAN H. ANDERSON
   C/O UNITED MORTGAGE CORPORATION OF AMERICA
   328 N OLYMPIC AVE
   ARLINGTON, WA 98223

3. I executed this affidavit of mailing for the purpose of complying with section 34.20.120(b)(5) of the Alaska Statutes.

I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct. Executed this ___4th___ day of __August__, 20_23_ at San Diego, California.

Affiant's Name: Hamsa Uchi  
Clear Recon Corp  
8880 Rio San Diego Drive, Suite 725  
San Diego CA 92108

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)  
County of San Diego)

Subscribed and sworn to (or affirmed) before me on this __4th__ day of __Aug__, 20_23_ by _____HAMSA UCHI_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal) LORELLE AOUN  
Notary Public - California  
San Diego County  
Commission # 2377032  
My Comm. Expires Sep 30, 2025

Signature _____

Page 1 of 1

RUSHM

2 of 2

CRC AKSOT 07112017

RECORDING REQUESTED BY:
ServiceLink, A Black Knight Financial Services Company
AND WHEN RECORDED MAIL TO:
Clear Recon Corp.
8880 Rio San Diego Drive, Suite 725
San Diego, California 92108
Phone: (858) 750-7777

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No.: 114343-AK

## SUBSTITUTION OF TRUSTEE

KNOW ALL MEN BY THESE PRESENTS that under the following described Deed of Trust wherein **TIMOTHY L BRADLEY AN UNMARRIED MAN** is the trustor, **JOAN H. ANDERSON** is the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR UNITED MORTGAGE CORPORATION OF AMERICA, ITS SUCCESSORS AND ASSIGNS** is the Beneficiary, dated 8/23/2005 recorded 8/29/2005, as Instrument No. 2005-007899-0, and later modified by Loan Modification Agreement recorded on 10/5/2020 as Instrument 2020-005264-0, records of JUNEAU Recording District, Alaska, covering the following described real property:

Lot Seven (7), Block "C", Mountain View Subdivision, according to Plat 691, Juneau Recording District, First Judicial District, State of Alaska.
More accurately described as:
Lot 7, Block C, Mountain View Subdivision, according to Plat No. 691, Juneau Recording District, First Judicial District, State of Alaska.

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and the undersigned desires to appoint a new Trustee under said Deed of Trust in place and stead of said trustee of record thereunder.

**NOW, THEREFORE,** the undersigned does hereby revoke the appointment of **JOAN H. ANDERSON**, the current trustee of record and does nominate and appoint **CLEAR RECON CORP**, whose address is 8880 Rio San Diego Drive, Suite 725, San Diego, California 92108 to hold the office in accordance with the terms of the Deed of Trust, effective as of the date of recording this document.

Dated: 7/20/2023

J.P. MORGAN MORTGAGE ACQUISITION CORP. by RUSHMORE LOAN MANAGEMENT SERVICES, LLC ITS APPOINTED ATTORNEY IN FACT

By: _Destinee Jackson_
Title: **Assistant Secretary**
Nationstar Mortgage LLC sub-servicer for Rushmore Loan Management Services LLC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **TEXAS** } ss.
County of **DALLAS** }
On **JUL 20 2023** before me, **Sandra Cuellar** personally appeared _Destinee Jackson_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of said State that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
Signature _____ (Seal)
Sandra Cuellar

SANDRA CUELLAR
Notary Public, State of Texas
Comm. Expires 06-06-2024
Notary ID 132467105

CRC SOT 09122014

nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/3189

ChatGPT | (312) YouTube | Copilot | shoppng | slots | discharge | bank | 907CHIPREPAIR | UNITED MORTGAGE | court links | hooton insurance | TRADING SHIT | kidcad

◄ Back to Search Results          ↻ Start New Search

# United Mortgage Corporation of America

| | | | |
|---|---|---|---|
| NMLS ID: 3189 | Street Address: 18274 Cumulus Court, Santa Clarita, CA 91350 | Phone: 805-530-1199 | Website: unitedforloans.com |
| | | Toll-Free Number: 800-230-0168 | Email: michael@unitedforloans.com |
| | Mailing Address: 18274 Cumulus Ct, Santa Clarita, CA 91350 | Fax: 800-778-0663 | |

Other Trade Names: Texas United Mortgage Corporation of America; UMCA; united4loans.com
Prior Other Trade Names: www.united4loans.com
Prior Legal Names: None
Sponsored MLOs: 2

Fiscal Year End: 12/31    Formed in: Washington, United States    Date Formed: 04/03/1995    Stock Symbol: None    Business Structure: Corporation

Regulatory Actions: None posted in NMLS.

## Branch Locations (2 Active, 0 Inactive)    View All Branches ►

## State Licenses/Registrations (Displaying 5 Active, 2 Inactive of 7 Total)    – Hide Inactive

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint | View All Details |
|---|---|---|---|---|
| California - DFPI | Financing Law License | No | Submit to Regulator | + View Details |
| California - DRE | Real Estate Corporation License Mortgage Loan Originator (MLO) License Endorsement | Yes | Submit to Regulator | + View Details |
| Colorado | Mortgage Company Registration | Yes | Submit to Regulator | + View Details |
| Montana | Mortgage Broker License | Yes | Submit to Regulator | + View Details |
| Montana | Mortgage Lender License | No | Submit to Regulator | + View Details |
| Texas - SML | Mortgage Company License | Yes | Submit to Regulator | + View Details |
| Washington | Consumer Loan Company License | Yes | Submit to Regulator | + View Details |

## Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

