Timothy L. Bradley
9010 Gee Street
Juneau, Alaska 99801
Phone: (907) 321-4441
Email: woodworkalaska@gmail.com
RECEIVED
JAN 15 2025
Clerk, U.S. District Court
Juneau, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Timothy L. Bradley, Plaintiff Pro Se<br><br>V.<br><br>Nationstar Mortgage LLC, et al.,<br><br>Defendants | Case No.: 1:24-CV-00017-SLG<br><br>**PLAINTIFF'S MOTION FOR CONTEMPT**<br><br>violation of temporary restraining order |

## MOTION FOR CONTEMPT

Plaintiff Timothy Bradley respectfully submits this motion to hold Defendants Clear Recon Corp, Nationstar Mortgage LLC(Rushmore Servicing, LLC) Elizon Master Participation Trust I, US Bank Trust NA, Aldridge Pite, LLP, in contempt of court for violating Plaintiff's rights by proceeding with the foreclosure sale and recording the deed despite having constructive notice of Plaintiff's lawsuit and

motion for a Temporary Restraining Order (TRO). Defendants received Plaintiff's complaint and motion two days before the sale, but willfully ignored this constructive notice, proceeding with the foreclosure and recording of the deed in disregard of Plaintiff's efforts to restrain the sale.

## I. BACKGROUND

1. On August 30, 2024, Plaintiff filed his initial complaint in Alaska Superior Court, which included a motion for a Temporary Restraining Order (TRO) to prevent the foreclosure sale of his property.

2. That same day, Plaintiff sent the complaint and motion via USPS premium second-day mail to Defendants.

3. On September 3, 2024, four of the five Defendants—Nationstar Mortgage LLC (Rushmore Servicing), Aldridge Pite, LLP, Elizon Master Participation Trust I and US Bank Trust NA—received Plaintiff's complaint and motion, as evidenced by Exhibit BB.

4. Clear Recon Corp received the complaint and motion on September 7, 2024, as evidenced by USPS delivery records (exhibit BB).

5. Plaintiff's complaint explicitly sought to restrain the foreclosure sale, fulfilling the Notice of Default's requirement that "anyone having objections to the sale for any reason whatsoever shall be heard if they bring suit to restrain the same" (Exhibit A).

6. Exhibit FF is the signed Form 3811 confirming delivery to Aldridge Pite, LLP at its official address, which is also the address used by Clear Recon Corp. Exhibit LL, to be filed within Plaintiff's Judicial Notice on January 14, 2025, establishes that Aldridge Pite, LLP is the majority owner of Clear Recon Corp.

7. Despite receiving Plaintiff's complaint and motion on September 3, 2024, Defendants proceeded with the foreclosure sale on September 5, 2024, and Clear Recon Corp recorded the deed on September 11, 2024, as evidenced by Exhibit HH, being filed with this motion and

can also be found under Exhibit 2 of defendant's Nationstar and Elizon Master participation trust1 request for judicial notice..

8. Although the Alaska Superior Court issued the TRO on September 5, 2024, approximately five hours after the foreclosure sale, Defendants had constructive notice of Plaintiff's lawsuit and motion for a TRO well before the sale and failed to take any action to halt the proceedings.

## II. LEGAL STANDARD

9. Alaska Rule of Civil Procedure 65 binds parties to a TRO upon actual notice "by personal service or otherwise."

10. The federal court order at Docket 35 confirms that under Rule 65, "a party is bound by a TRO if they 'receive actual notice of the order by personal service or otherwise.'" (Docket 35, p. 5, quoting Alaska R. Civ. P. 65(d)).

11. While the TRO was issued after the foreclosure sale, Defendants had constructive notice of Plaintiff's lawsuit and motion for a TRO well before the sale, which obligated them to act in good faith and halt the proceedings.

12. The Notice of Default (Exhibit A) explicitly provided that "anyone having objections to the sale........." may file suit to restrain it. Plaintiff complied with this requirement, and Defendants had knowledge of Plaintiff's lawsuit to restrain the sale.

## III. DEFENDANTS' VIOLATIONS

13. Plaintiff filed his complaint and motion to restrain the sale on August 30, 2024, and Defendants received constructive notice of the same on September 3, 2024.

14. Despite having constructive notice, Defendants proceeded with the foreclosure sale on September 5, 2024, and Clear Recon Corp recorded the deed on September 11, 2024, as evidenced by Exhibit HH.

15. The Notice of Default, Exhibit A, required Defendants to halt the sale upon the filing of a lawsuit to restrain it. Plaintiff complied by filing his lawsuit and providing notice to Defendants, which they ignored.

16. Exhibit LL establishes that Clear Recon Corp is owned and controlled by Aldridge Pite, LLP, creating a conflict of interest and demonstrating that Defendants acted in concert to disregard Plaintiff's rights and proceed with the sale.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

17. Hold Defendants Clear Recon Corp, Nationstar Mortgage LLC, d/b/a Mr. Cooper(,Rushmore Servicing, LLC), Elizon Master Participation Trust I, U.S. Bank Trust National Association, and Aldridge Pite, LLP, in contempt for proceeding with the foreclosure sale of Plaintiff's property on September 5, 2024, despite having constructive notice of Plaintiff's lawsuit and motion for a Temporary Restraining Order (TRO).

18. Hold Defendant Clear Recon Corp specifically in contempt for recording the deed on September 11, 2024, despite receiving constructive notice on September 7, 2024, and while the TRO issued on September 5, 2024, remained in effect.

19. Vacate the foreclosure sale and nullify the recorded deed.

20. Impose monetary sanctions on Defendants to compensate Plaintiff for damages caused by their actions.

21. Grant any other relief this Court deems just and proper.

Respectfully submitted,

x _____ 01/14/25

Timothy L. Bradley, Pro Se

9010 Gee Street

Juneau, AK 99801

Phone: (907) 321-4411

Email: woodworkalaska@gmail.com

**Affidavit of Truth**

I, Timothy L. Bradley, swear under penalty of perjury that the facts stated herein are true and correct

Date: January 14th 2025, in Juneau Alaska

Signature: _____ 01/14/25

Timothy L. Bradley



## Certificate of Service

I hereby certify that on January 14th 2025, I served a true and correct copy of the foregoing proposed order by USPS First-Class Mail to:

- **Justin Balser**

    Troutman Pepper Hamilton Sanders LLP

    100 Spectrum Center Drive, Suite 1500

    Irvine, California 92614

- **Timothy Pomeroy**

    Aldridge Pite LLP

    3333 Camino Del Rio South, Suite 225

    San Diego, California 92108

Date: January 14th 2025, in Juneau Alaska

Signature: /s/ Timothy Bradley    01/14/25

Timothy L. Bradley

January 14th 2025- plaintiff's motion for contempt TRO violation

6 of 6

Case 1:24-cv-00017-SLG   Document 38   Filed 01/15/25   Page 7 of 7