# EXHIBIT

# HH


WHEN RECORDED MAIL TO:
Rushmore Servicing /Lake Vista
4 800 State Highway 121 Bypass Lewisville, TX 75067

T.S. No.: 114343-AK

SPACE ABOVE THIS LINE FOR RECORDER'S US
Parcel No.: 5-B25-0-112-007-0

## TRUSTEE'S DEED

Trustee: CLEAR RECON CORP, 3333 Camino Del Rio South, Suite 225, San Diego, California 92108
Grantee: Elizon Master Participation Trust I, US Bank Trust, National Association, as Owner Trustee, 4 800 State Highway 121 Bypass Lewisville, TX 75067,
RECITALS:

1. TIMOTHY L BRADLEY AN UNMARRIED MAN, Trustor executed and delivered to JOAN H. ANDERSON, Trustee for the benefit of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR UNITED MORTGAGE CORPORATION OF AMERICA, ITS SUCCESSORS AND ASSIGNS, Beneficiary, a Deed of Trust dated 8/23/2005 and recorded on 8/29/2005, as Instrument No. 2005-007899-0 the subject Deed of Trust was modified by Loan Modification recorded on 10/5/2020 as Instrument 2020-005264-0 in the JUNEAU Recording District of the 1st Judicial District of Alaska. In the Deed of Trust, the following described real property was conveyed by the Trustor to the Trustee to secure the performance of certain obligations to the Beneficiary:

   Lot Seven (7), Block "C", Mountain View Subdivision, according to Plat 691, Juneau Recording Districk, First Judicial District, State of Alaska.

   More accurately described as:

   Lot 7, Block C, Mountain View Subdivision, according to Plat No. 691, Juneau Recording District, First Judicial District, State of Alaska.

   Thereafter, the Trustor defaulted in performance of the obligations secured by the Deed of Trust. The default still existed at the time of sale by the Trustee to the Grantee.

2. CLEAR RECON CORP was appointed Substitute Trustee of the Deed of Trust. The Substitution of Trustee was recorded on 8/8/2023, as Instrument No. 2023-002403-0, in the JUNEAU Recording District of the 1st Judicial District of Alaska.

3. The Beneficiary declared the Trustor of the Deed of Trust to be in default. Notice of Default and Election to Sell Under Deed of Trust including the reason for the declaration of default, the Beneficiary's election to declare all sums due to it immediately due and the Beneficiary's election to foreclose the Deed of Trust by advertisement and sale to satisfy the

TDUSAK.DOC

Page 1 of 3

**EXHIBIT-HH-1**

eRecorded Document Case 1:24-cv-00017-SLG    Document 38-1    Filed 01/15/25    Page 2 of 4

Trustor's obligations was recorded on 8/8/2023, as Instrument No. 2023-002404-0, in the JUNEAU Recording District of the 1st Judicial District of Alaska.

4. After recording the Notice of Default and Election to Sell Under Deed of Trust, the Trustee gave notice of the time and place set for sale of the Real Property. Notice of the sale was given:

   A. To all persons entitled to receive such notice as required by AS 34.20.070, by mailing the notice to them at their last known addresses by certified mail on 8/18/2023. The Affidavit of Mailing Notice of Default and Election to Sell Under Deed of Trust attached hereto as Exhibit A.
   B. By posting the notice in the following public places on 8/10/2023; (1) the JUNEAU Downtown Post Office 709 W 9th Street, Juneau AK 99801; (2) the bulletin board at the JUNEAU City Hall 155S. Seward Street, Juneau AK 99801; and (3) on the bulletin board at the JUNEAU Clerk's Office 123 4th Street, Juneau AK 99801; and posted to the property 8/10/2023. The Affidavit(s) of Posting is attached hereto as Exhibit B.
   C. By publishing such notice in the Alaska Journal of Commerce, a newspaper of general circulation in the 1st Judicial District of Alaska on 8/27/2023, 9/3/2023, 9/10/2023, and on 9/17/2023. By publishing a copy of such notice on www.alaskajournal.com beginning on 8/27/2023, and continuing through 10/10/2023. The Affidavit of Publication is attached hereto as Exhibit C.

5. Prior to the Trustee's Sale, no action on an obligation secured by the Deed of Trust was pending, nor was there any action pending at the time of said Trustee's Sale to foreclose a lien or other encumbrance on all of any part of the Real Property.
6. All legal requirements and all provisions of the Deed of Trust have been complied with, as to acts to be performed and notices to be given, as provided in AS Chapter 34.
7. On the date of the Notice of Default and Election to Sell Under Deed of Trust, the Trustee did not have actual notice of any person claiming an interest which was subsequent to the Trustee's interest in the Real Property, except for those persons referred to in Recital of the deed.
8. On 9/5/2024, at 10:00 AM at 1ST JUDICIAL DISTRICT: Near the 4th street entrance to the Juneau Courthouse located at 123 West 4th Street Juneau, AK 99801, the Trustee sold the Real Property in one parcel at public auction to the highest bidder. The price bid was paid at the time of sale.
9. The true and actual consideration paid for this transfer is $143,117.39.

**TRUSTEE'S DEED, Con't**

T.S. No.: 114343-AK

In consideration of the sum paid by the Grantee in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust, the receipt of which is hereby acknowledged, the Trustee hereby conveys to the Grantee all interest which the Trustor had or had had the power to convey at the time of Trustor's execution of the Deed of Trust in and to the Real Property described herein, together with any interest the Trustor or the Trustor's successors in interest acquired after the execution of the Deed of Trust.

Dated: SEP 0 6 2024    CLEAR RECON CORP

Monica Chavez
Authorized Signor

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On SEP 0 6 2024 before me, Anhara Verduzco-Alejo, a Notary Public, personally appeared MONICA CHAVEZ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal
Signature

ANHARA VERDUZCO-ALEJO
Notary Public - California
San Diego County
Commission # 2423752
My Comm. Expires Oct 27, 2026

TDUSAK.doc

Page 3 of 3

Exhibit HH-3



3 of 16

eRecorded Document    101-2024-002928-0