Timothy L. Bradley
9010 Gee Street
Juneau, Alaska 99801
Phone: (907) 321-4441
Email: woodworkalaska@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Timothy L. Bradley, Plaintiff Pro Se<br><br>V.<br><br>Nationstar Mortgage LLC, et al.,<br><br>Defendants | Case No.: 1:24-CV-00017-SLG<br><br>**[PROPOSED] ORDER**<br><br>violation of temporary restraining order |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Contempt, the Court hereby ORDERS as follows:

1. Defendants Clear Recon Corp, Nationstar Mortgage LLC, d/b/a Mr. Cooper, ( Rushmore Servicing, LLC ), Elizon Master Participation Trust I, U.S. Bank Trust National Association, Aldridge Pite, LLP, and are found in contempt of court for proceeding with the foreclosure sale

of Plaintiff's property on September 5, 2024, despite having constructive notice of Plaintiff's lawsuit and motion for a Temporary Restraining Order (TRO).

2. Defendant Clear Recon Corp is specifically found in contempt for recording the deed on September 11, 2024, despite receiving constructive notice of Plaintiff's lawsuit and motion for a TRO on September 7, 2024, and while the TRO issued on September 5, 2024, remained in effect.

3. The foreclosure sale of Plaintiff's property conducted on September 5, 2024, is hereby VACATED.

4. The deed recorded on September 11, 2024, is hereby NULLIFIED.

5. Defendants shall pay monetary sanctions to Plaintiff in an amount to be determined by the Court to compensate for damages caused by their actions.

6. Defendants are directed to comply with any further orders of this Court.

DATED this _____ day of January, 2025.

X_____

Honorable Judge Gleason

January 14th 2025 proposed order for contempt of tro

Case 1:24-cv-00017-SLG    Document 38-2    Filed 01/15/25    Page 2 of 4

2 of 3

# Certificate of Service

I hereby certify that on January 15th, 2025, I served a true and correct copy of the foregoing ~~request for judicial notice~~ PROPOSED ORDER by USPS First-Class Mail to:

- **Justin Balser**

    Troutman Pepper Hamilton Sanders LLP

    100 Spectrum Center Drive, Suite 1500

    Irvine, California 92614

- **Timothy Pomeroy**

    Aldridge Pite LLP

    3333 Camino Del Rio South, Suite 225

    San Diego, California 92108

**Date:** January 14th, 2025, in Juneau Alaska

**Signature:** _____  01/14/25

*Timothy L. Bradley pro se*

