# EXHIBIT

# LL



State of Alaska
Division of Corporatic
**CORPORATIONS SECTION**
PO Box 110806
Juneau, AK 99811-0806
Phone: (907) 465-2550
Fax: (907) 465-2974
Website: www.commerce.alaska.gov/occ

\*201820045475\*

DO NOT STAMP ABOVE THIS BOX
Office Use Only    **CORP**

RECEIVED
Juneau
APR 16 2018
150. ✓
CBPL

## STATEMENT OF FOREIGN QUALIFICATION
### Foreign Limited Liability Partnership
### AS 32.06.922

[X] $150.00 Filing Fee

Pursuant to AS 32.06.922, the undersigned partnership applies for a Certificate of Foreign Qualification and, for that purpose, submits the following statement:

**ITEM 1:** The legal name of the limited liability partnership as registered in the home state, the name must end with "Registered Limited Liability Partnership," "Limited Liability Partnership," "R.L.L.P.," "L.L.P.," "RLLP," or "LLP":

Aldridge Pite, LLP ←

[X] This foreign entity is active and in good standing in the state/country of domicile.

**ITEM 2:** The assumed name the corporation elects to use in Alaska if the legal name is not available:

**ITEM 3:** The state & country of domicile:

Georgia, USA

**ITEM 4:** Registered agent name and address (must include a physical and mailing address in Alaska):

| Full Name: CT Corporation System | | | |
|---|---|---|---|
| Physical address: 9360 Glacier Highway, Suite 202 | City: Juneau | AK | Zip Code: 99801 |
| Mailing address: 9360 Glacier Highway, Suite 202 | City: Juneau | AK | Zip Code: 99801 |

**ITEM 5:** The address of the partnership's chief executive office (wherever located):

| Name: Aldridge Pite, LLP |
|---|
| Physical address: 3575 Piedmont Rd., N.E., Suite 500, Atlanta, GA 30305 ← |
| Mailing address: 3575 Piedmont Rd., N.E., Suite 500, Atlanta, GA 30305 |

**ITEM 6:** The street address of the office in Alaska:

| Name: | | | |
|---|---|---|---|
| Physical address: 9360 Glacier Highway, Suite 202 | City: Juneau | AK | Zip Code: 99801 |
| Mailing address: 9360 Glacier Highway, Suite 202 | City: Juneau | AK | Zip Code: 99801 |

08-532 (Rev. 10/25/2013)    Page **1** of **2**

PLAINTIFF
EXHIBIT NO. LL
ADMITTED ☐

LL

RECEIVED
Juneau
APR 16 2018
CBPL

**ITEM 7**: Effective date of qualification if deferred from date of filing (mm/dd/yyyy format): ___/___/_____

**ITEM 8: Signatures**
The statement filed by a partnership must be executed by at least two partners.

| Signature of Partner | Printed Name of Partner | Date |
|---|---|---|
| [signature] | John G. Aldridge, Jr., P.C., by John G. Aldridge, Jr. | 04/9/2018 |
| [signature] | Marissa G. Connors | 04/6/2018 |

**NOTE**: Persons who sign documents filed with the commissioner that are known to the person to be false in material respects are guilty of a class A misdemeanor.

Mail the Statement of Foreign Qualification and the $150.00 filing fee in U.S. dollars to:
State of Alaska, Corporations Section, PO Box 110806, Juneau, AK 99811-0806

**STANDARD PROCESSING TIME** for complete and correct applications submitted to this office is approximately 10-15 business days. All applications are reviewed in the date order they are received. To file your application online for immediate processing, visit our website at: www.commerce.alaska.gov/occ.



AK Entity #: 10083176
Date Filed: 01/02/2024
State of Alaska, DCCED

# THE STATE of ALASKA

Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
PO Box 110806, Juneau, AK 99811-0806
(907) 465-2550 • Email: corporations@alaska.gov
Website: corporations.alaska.gov

## Foreign Limited Liability Partnership

### 2024 Biennial Report
For the period ending December 31, 2023

Web-1/2/2024 12:40:44 PM

**Due Date:** This report along with its fees are due by January 2, 2024

**Fees:** If postmarked before February 2, 2024, the fee is $200.00.
If postmarked on or after February 2, 2024 then this report is delinquent and the fee is $247.50.

**Entity Name:** ALDRIDGE PITE, LLP ←
**Entity Number:** 10083176
**Home Country:** UNITED STATES
**Home State/Prov.:** GEORGIA
**Physical Address:** 3525 PIEDMONT RD NE STE 700, ← ATLANTA, GA 30305
**Mailing Address:** 3525 PIEDMONT RD NE STE 700, ATLANTA, GA 30305

**Registered Agent** information cannot be changed on this form. Per Alaska Statutes, to update or change the Registered Agent information this entity must submit the Statement of Change form for this entity type along with its filing fee.

**Name:** Registered Agent Solutions, Inc.
**Physical Address:** 1400 W BENSON BLVD #370, ← ANCHORAGE, AK 99503
**Mailing Address:** 1400 W BENSON BLVD #370, ANCHORAGE, AK 99503

**Purpose:**
**NAICS Code:** 541110 - OFFICES OF LAWYERS
**New NAICS Code (optional):**

This form is for use by the named entity only. Only persons who are authorized by the above Official(s) of the named entity may make changes to it. If you proceed to make changes to this form or any information on it, you will be certifying under penalty of perjury that you are authorized to make those changes, and that everything on the form is true and correct. In addition, persons who file documents with the commissioner that are known to the person to be false in material respects are guilty of a class A misdemeanor. Continuation means you have read this and understand it.

**Name:** Terrie Stillwagon

EXHIBIT- LL-3



Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
PO Box 110806, Juneau, AK 99811-0806
(907) 465-2550 • Email: corporations@alaska.gov
Website: corporations.alaska.gov

## Foreign Business Corporation

### 2025 Biennial Report
For the period ending December 31, 2024

FOR DIVISION USE ONLY

Web-12/19/2024 6:32:04 AM

**Due Date:** This report along with its fees are due by January 2, 2025

**Fees:** If postmarked before February 2, 2025, the fee is $200.00.
If postmarked on or after February 2, 2025 then this report is delinquent and the fee is $247.50.

**Entity Name:** Clear Recon Corp
**Entity Number:** 10051450
**Home Country:** UNITED STATES
**Home State/Prov.:** CALIFORNIA
**Physical Address:** 3333 Camino del Rio South, SUITE 225, SAN DIEGO, GA 92108
**Mailing Address:** 3525 PIEDMONT ROAD NE, BUILDING SIX SUITE 700, ATLANTA, GA 30305

**Registered Agent** information cannot be changed on this form. Per Alaska Statutes, to update or change the Registered Agent information this entity must submit the Statement of Change form for this entity type along with its filing fee.

**Name:** Registered Agent Solutions, Inc.
**Physical Address:** 1400 W BENSON BLVD STE 370, ANCHORAGE, AK 99503
**Mailing Address:** 1400 W BENSON BLVD STE 370, ANCHORAGE, AK 99503

EXHIBIT-LL-4

**Officials:** The following is a complete list of officials who will be on record as a result of this filing.

- **Provide all officials and required information. Use only the titles provided.**
- **Officers and Directors, who must be individuals:** For signing authority and future filing purposes, a Foreign Business Corporation may need to have at least a President or Vice-President and Secretary or Assistant Secretary on record with this office. Provide the individuals who are directors.
- **Shareholders:** the entity must provide all Shareholders who own 5% or more of the Issued Shares. Shareholders may be an individual or another entity.
- **Alien Affiliates:** the entity must provide all Alien Affiliates (non-U.S.), which may be an individual or another entity.

| Full Legal Name | Complete Mailing Address | % Owned | Alien Affiliate | Assistant Secretary | Assistant Treasurer | Director | President | Secretary | Shareholder | Treasurer | Vice President |
|---|---|---|---|---|---|---|---|---|---|---|---|
| → John G. Aldridge, Jr., P.C. | 6 Piedmont Center, 3525 Piedmont Rd., NE, Ste 700, ATLANTA, GA 30305 | 75.00 | | | | | | | X | | |
| Monica Chavez | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | | | | | X |
| → Marissa G. Connors | 6 Piedmont Center, 3525 Piedmont Rd., NE, Ste 700, ATLANTA, GA 30305 | 9.00 | | | | | | | X | | |
| Edward Jamir | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | | | | X | |
| Tammy Laird | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | | X | | | |
| → Steven Pite | 3333 Camino del Rio South, Suite 225, San Diego, CA 92108 | 15.00 | | | | | | | X | | |
| Hamsa Uchi | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | X | | | | |

If necessary, attach a list of additional officers on a separate 8.5 X 11 sheet of paper.

**Purpose:** all other legal services
**NAICS Code:** 541199 - ALL OTHER LEGAL SERVICES
**New NAICS Code (optional):** [ ]

**Issued Shares:** The entity must provide the number of Issued Shares

- Do not leave Issued Shares blank.
- If there are Shareholders then you must provide a number of Issued Shares. Do not exceed the number of Authorized Shares.
- If there are no Issued Shares (and no Shareholders) then provide "0" or "zero" or "none".
- To change Class, Series, Authorized Shares, or Par Value submit an amendment.

| Class | Series | Authorized Shares | Par Value | Number of Issued Shares |
|---|---|---|---|---|
| Common | | 100000 | 0.000000 | 66666 |

*Mandatory. Do not leave blank.*

This form is for use by the named entity only. Only persons who are authorized by the above Official(s) of the named entity may make changes to it. If you proceed to make changes to this form or any information on it, you will be certifying under penalty of perjury that you are authorized to make those changes, and that everything on the form is true and correct. In addition, persons who file documents with the commissioner that are known to the person to be false in material respects are guilty of a class A misdemeanor. Continuation means you have read this and understand it.

**Name:** Terrie Stillwagon

EXHIBIT-LL-5

