## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TIMOTHY BRADLEY,<br><br>          Plaintiff,<br>   v.<br><br>NATIONSTAR MORTGAGE LLC,<br>other Nationstar Mortgage LLC, d/b/a<br>Mr. Cooper and Rushmore Servicing,<br>*et al.*,<br><br>          Defendants. | Case No. 1:24-cv-00017-SLG |

## **ORDER**

This order addresses several pending motions filed by Plaintiff Timothy Bradley. There are additional motions pending that will be addressed by separate order in due course. In particular, the Motion to Rescind at Docket 12 will be addressed at such time that there is an operative complaint in this action, as the Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in the order entered at Docket 26.

At Docket 24, Plaintiff filed a Motion for Leave to File Second Amended Complaint Out of Time. Defendants responded with a joint opposition to the motion at Docket 30 to which Mr. Bradley replied at Docket 32. Upon due consideration, the motion is DENIED without prejudice. Mr. Bradley's filing did not comply with Local Civil Rule of Procedure 15.1(a), which requires that a motion to amend a pleading must include as an attachment to the motion the proposed amended pleading, and the attached amended pleading must clearly indicate how it differs from the pleading

it amends, "by bracketing or striking the through the text to be deleted and underlining the text to be added." Mr. Bradley may file a renewed motion for leave that complies with the Court's local rule. If he fails to do so within 30 days of the date of this order, this action may be dismissed without further notice to him, as there is presently no operative complaint in this case.

At Docket 34 is Plaintiff's Request for Judicial Notice. Mr. Bradley requests that the Court take judicial notice of exhibits B, C, D, E, and H that were previously filed in the case. Defendants did not respond to the motion. And at Docket 36 is Plaintiff's Request for Judicial Notice in which Mr. Bradley requests that the Court take judicial notice of Exhibit KK. Defendants did not respond to the motion. Also, at Docket 39 is Plaintiff's Request for Judicial Notice in which Mr. Bradley requests the Court take judicial notice of Exhibit LL. Defendants did not respond to the motion. Good cause being shown, the Court will take judicial notice of all the aforesaid documents pursuant to Evidence Rule 201. Defendant's motion for judicial notice at Docket 41 is not yet ripe and shall be addressed in due course.

At Docket 38 is Plaintiff's Motion for Contempt. Defendants responded in opposition at Docket 40. Plaintiff did not reply. The motion is DENIED. No violation of the state court Temporary Restraining Order occurred, as it is undisputed that the foreclosure sale took place several hours *before* the state court entered that order.

DATED this 12th day of February, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:24-cv-00017-SLG, *Bradley v. Nationstar Mortgage LLC, et al.*
Order
Page 2 of 2
Case 1:24-cv-00017-SLG   Document 42   Filed 02/12/25   Page 2 of 2