# UNITED STATES DISTRICT COURT
for the
District of Alaska

TIMOTHY BRADLEY
*Plaintiff*
v.

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER AND RUSHMORE
SERVICING, et al.
*Defendants*

Civil Action No. 1:24-cv-00017-SLG

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed with prejudice. Therefore, judgment is entered for all Defendants.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: September 8, 2026

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*